### WYATT v. WANAMAKER et al.

(Supreme Court, Appellate Division, First Department. June 5, 1908.)

Appeal from Special Term.

Action by Helen Wyatt against John Wanamaker and others. From an interlocutory judgment sustaining a demurrer to the separate defenses in the amended answer (110 N. Y. Supp. 900), defendants appeal. Affirmed.

Argued before INGRAHAM, LAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

Richard Ely, for appellant.
Melville H. Cane, for respondent.

PER CURIAM. There is presented upon this appeal the same question as was presented in the case of Wyatt v. James McCreery Co., 111 N. Y. Supp. 86, decided herewith. The plaintiff is an infant, and on the facts pleaded she is not estopped from invoking the protection awarded to her by the act in question.

The judgment appealed from must be affirmed, with costs, with leave to defendant to amend the answer within 20 days upon payment of costs in this court and in the court below.